**2007–2249. State v. DeLuca.**
Cuyahoga App. No. 88615, 2007-Ohio-3905. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–2279. State v. Armstrong.**
Montgomery App. No. 21831, 2007-Ohio-5648. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, LANZINGER, and CUPP, JJ., dissent.
On motion for stay of execution of sentence. Motion denied.

**2007–2286. State v. Bradley.**
Stark App. No. 2007CA00237. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.
On motion for bail after conviction of felony. Motion denied.

**2007–2302. Walburn v. Dunlap.**
Vinton App. No. 06CA655, 2007-Ohio-5398. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 3 of the court of appeals' Entry filed December 3, 2007:
"In a case involving multiple claims, is a judgment in the declaratory judgment action a final appealable order when the trial court finds that an insured is entitled to coverage, includes a Civ.R. 54(B) certification, but does not address the issue of damages?"
LANZINGER and CUPP, JJ., dissent.
The conflict cases are *Baheshtaein v. Am. State Ins. Co.*, Montgomery App. No. 20839, 2005-Ohio-5907, *Tinker v. Oldaker*, Franklin App. Nos. 03AP–671 and 03AP–1036, 2004-Ohio-3316, and *Walter v. Allstate Ins. Co.*, Summit App. No. 21032, 2002-Ohio-5775.
Sua sponte, cause consolidated with 2007–2150, *Walburn v. Dunlap*, Vinton App. No. 06CA655, 2007-Ohio-5398.

**2007–2314. In re B.F.**
Warren App. Nos. CA2006–10–118 and CA2006–11–137. On motion for stay of court of appeals' judgment. Motion denied.

**2007–2318. Haught v. Payne.**
Clinton App. No. CA2007–08–034. On motion for stay during appeal process. Motion denied.

**2007–2345. Chase Manhattan Mtge. Corp. v. Smith.**
Hamilton App. No. C–061069, 2007-Ohio-5874. On motion for stay of court-ordered eviction based on void judgment. Motion denied.

**2007–2390. Prater v. Dashkovsky.**
Franklin App. No. 07AP–389, 2007-Ohio-6785. On motion for stay of court of appeals' judgment. Motion granted.
PFEIFER, O'CONNOR, and LANZINGER, JJ., dissent.

**2007–2445. State v. Constable.**
Clermont App. No. CA2006–12–107, 2007-Ohio-6570. On motion for stay and for appellate bond. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2007–1744. State v. Centafanti.**
Stark App. No. 2007–CA–00044, 2007-Ohio-4036.
PFEIFER and O'DONNELL, JJ., dissent.

**2007–1751. In re Burt.**
Stark App. No. 2006–CA–00328, 2007-Ohio-4034.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.